IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| ARRID BALTIMORE, : | |
| Plaintiff, : | |
| vs. : | 1:02-CV-125-1 (WLS) |
| THE CITY OF ALBANY, Et. Al., : | |
| Defendants. : | |

## ORDER

Presently pending is Defendant's motion *in limine*. (Doc. No. 38). For the following reasons, Defendant's motion (Doc. No. 38) is **GRANTED-in-part and DENIED-in-part.**

Defendant seeks to limit any testimony concerning the disciplining of Defendant Long for misconduct while in the United States military. Further Defendant seeks to limit any testimony concerning grievances filed against Defendant Long while he was employed as an officer of the Albany Police Department.

As Defendant and Plaintiff are aware, evidence may be admitted or barred from admission for various reasons. As it is unclear from the record how Plaintiff may or may not try to introduce such evidence and for what reason, it is premature to give a definitive ruling on the admissibility of said evidence at this time. Likewise, Plaintiff should not be allowed to introduce or place before the jury the evidence in question, or make reference to it, until a proper foundation outside the presence of the jury is laid and the Court has admitted the evidence. Neither counsel nor witness shall refer to the said evidence in the presence of the jury unless or until the Court has specifically ruled the same admissible . Counsel shall also instruct their witnesses. Therefore, Defendant's motion *in limine* (Tab 38) is **GRANTED-IN-PART and DENIED-IN-PART.**

**SO ORDERED**, this   20th   day of October, 2006.

    /s/W. Louis Sands
**W. LOUIS SANDS, JUDGE
UNITED STATES DISTRICT COURT**

1